UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CLAUDIA ARELLANO COBOS, *Petitioner* § § § | |
| v. § § | Case No. SA-26-CA-00431-XR |
| US ATTORNEY GENERAL PAMELA BONDI, SEC. OF DHS KRISTI NOEM, ACTING DIR. OF ICE TODD LYONS, FIELD OFFICE DIRECTOR SAN ANTONIO ICE, WARDEN DILLEY IMMIGRATION PROCESSING CENTER, *Respondents* § § § § § § § § | |

**ORDER FOR SERVICE**

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1).

The Petition was filed without prepayment of the $5 filing fee for petitions for writs of habeas corpus. Generally, advanced payment of the filing fee is required before the case can proceed. Thus, the Court **ORDERS** Petitioner to pay the $5 filing fee or submit an application to proceed *in forma pauperis* if unable to pay, by no later than **February 6, 2026.**

Given the emergency nature of this case, however, the Court exercises its discretion to proceed to set briefing deadlines in the interim. *See Wrenn v. Am. Cast Iron Pipe Co.*, 575 F.2d 544, 547 (5th Cir. 1978) (noting that payment of a filing fee is not a jurisdictional requirement); *accord Casanova v. Dubois*, 304 F.3d 75, 80 (1st Cir. 2002) ("The advance payment of a filing fee is generally not a jurisdictional prerequisite to a lawsuit.").

It is **ORDERED** that Petitioner shall pay the required $5 filing fee or, if unable to pay, submit a signed application to proceed *in forma pauperis* (IFP) **by no later than February 6, 2026.** The filing fee or IFP application (and any supporting documents) shall be submitted to the U.S. Clerk of Court, 262 W. Nueva, Suite 1-400, San Antonio, Texas 78207, referencing the case number stated in the style of this Order. **Petitioner is warned that failure to timely comply with this order may result in dismissal of this case without further notice.** *See* FED. R. CIV. P. 41(b).

It is **FURTHER ORDERED** that the Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to

      Stephanie Rico, Civil Process Clerk
      U.S. Attorney's Office, Western District of Texas
      601 N.W. Loop 410, Suite 600
      San Antonio, Texas 78216.

    It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process. Service should be directed to

      Warden, South Texas Family Residential Detention Center
      300 El Rancho Way
      Dilley, TX 78017

    It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service. Because this case appears to turn on whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the Court's prior orders addressing this question[1] and note any material factual differences** between those cases and this one. If Respondents so choose, in lieu of a full response, they may instead file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases.

    It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

    It is so **ORDERED**.

    **SIGNED** this 28th day of January, 2026.

                                               XAVIER RODRIGUEZ
                                             UNITED STATES DISTRICT JUDGE

---

[1] *E.g., Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025).